**Opinion issued March 7, 2023**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-23-00051-CV

_____

**THE CITY OF DENTON, Appellant**

**V.**

**RANDY TURNER, OBO TERRILL, TURNER A/K/A TERRELL TURNER, DECEASED, LIZ CHAVEZ, SHANNON HODGE, KEVIN WONG, SCOTT MINNICK AND HOLLY PRIDE, ET AL, Appellees**

---

On Appeal from the 164th District Court
Harris County, Texas
Trial Court Cause No. 2021-24797

---

**MEMORANDUM OPINION**

Appellant has filed an amended, unopposed motion to dismiss its appeal. *See* TEX. R. APP. P. 10.3(a)(2), 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant appellant's amended motion and dismiss its appeal. *See* TEX. R. APP. P. 42.1(a)(1). We also dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Kelly and Landau.